# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JON MILLS**                                                              **PETITIONER**

**v.**                          **5:08CV00188 WRW**

**LARRY NORRIS, Director of the**
**Arkansas Department of Corrections**                 **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED, this 16th day of September, 2008.

                                                                          /s/ Wm. R. Wilson, Jr.
                                                                          UNITED STATES DISTRICT JUDGE