**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JON MILLS**                                                    **PETITIONER**

**v.**                              **5:08CV00188 WRW**

**LARRY NORRIS, Director of the
Arkansas Department of Corrections**                **RESPONDENT**


## JUDGMENT


In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.

IT IS SO ORDERED, this 16th day of September, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE